### WINTHROP agt. PAINES Estate

Wait-still Winthrop one of the Exec$^{rs}$ of the last will of John Winthrop Esq$^r$ dec$^d$ in behalfe of himselfe and the rest of the Exec$^{rs}$ plaint. ag$^t$ the Estate late of John Paine Dec$^d$ The plaint. in failure of a Defend$^t$ and of giving legall Summons was nonSuted.

### FARNUM ag$^t$ SCARLETT

John Farnum Senio$^r$ Miller plaint. ag$^t$ John Scarlett Exec$^r$ to the last will of Cap$^{tn}$ Samuel Scarlett Def$^t$ The plaint. withdrew his action.

### WILLIAMS agt. WOODBRIDGE

Nathanael Williams of Boston assigne of Cap$^t$ W$^m$ Gerrish of Newberry plaint. ag$^t$ Thomas Woodbridge Defend$^t$ in an action of the case for witholding the summe of Five hundred pounds in mony, it being the Forfiture of an Obligation under his hand & Seale bearing date the .7th of Septemb$^r$ 1676. by his not observing & performing the award of the Hono$^{rd}$ John Leverett Esq$^r$ Thomas Danforth & William Stoughton Esq$^{rs}$ Capt$^a$ Nathanael Saltonstall & m$^r$ John Hubbard under theire hands and Seales bearing date the .30th of Septemb$^r$ 1676. according to the condition of the s$^d$ Obligation, being Arbitrato$^{rs}$ by them mutually and indifferently chosen with all other due damages according to attachm$^t$ dat$^d$ January 16° 1676. . . . The Jury . . . found for the plaintife Five hundred pounds in mony the Forfiture of the bond Sued & costs of Court: The Defend$^t$ appealed from this judgem$^t$ unto the next Court of Assistants & himselfe principall in one thousand pounds and Daniel Boarman & Jn° How Sureties in £.500. apeice bound themselves respectiuely . . . on condition the s$^d$ Tho: Woodbridge should [419] prosecute his appeale . . .

[The award of the arbitrators (S. F. 1554.1) was for Woodbridge to pay to Gerrish 186$l$ 17$s$ 3$d$ within thirty days or forfeit 50$l$ extra. A copy of the bond of arbitration, for 500$l$, is in S. F. 1554.3. The decision seems to have turned on numerous technical considerations, to judge from the number of attachments, summonses, etc., that are among the papers, and from the following depositions.

S. F. 1554.4

The Deposition of Stephen Swett and Mary Parker who testifyeth on oath, that Marshal Skerry Came to m$^r$ Thomas Woodbridges house on Satturday last, which was on the Twentieth day of January Jnstant and after a little while m$^r$